IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Edward Thomas Kennedy,

Plaintiff,

v.

Case No. _1 8 - 1 3 1 6_

JURY TRIAL DEMANDED

Law School Admissions Council, Inc.,
Leanne M. Shank, in her official and individual
capacities, Kellye Teste, in her official and
individual capacities, Association of American Law
Schools, Inc., Judith C. Areen, The Duke Endowment,
Rhett N. Mabry, in his official and individual capacities,
The Board of Trustees Duke University,
Vincent E. Price, in his official and individual capacities,
Duke University,  Lawrence S. Bacow, in his official
and individual capacities, Harvard Board of Overseers
Harvard University, President and Fellows of
Harvard College, Harvard Management Company, Inc.,
Narv Narvekar, in his official and individual capacities,
American Bar Association, Hilarie Bass, in her official
and individual capacities, Commonwealth of Pennsylvania,
Pennsylvania Bar Association, California Bar Association,
and Betsy DeVos, in her official and individual capacities,



Defendants,

Plaintiff's Original Complaint

INTRODUCTION

In Memory of Eleanor Roosevelt

1.     TAKE JUDICIAL COGNIZANCE of the following:

a.     Edward Thomas Kennedy, Plaintiff, is one of the people and in the court of record, wishes and demands individual defendants, and/or their counsel, to reply and testify, affirm, and/or declare under penalty of perjury to this complaint. Justice demands this also.

b.     The Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543 hires law clerk assistants for its common law Judges, known as Chief Justice and Associate Justices, mostly from Harvard Law School and Yale Law School, (probable) factual evidence of a lack of quality and/or competence of the law among 200 plus American BAR Association "approved" law school graduates.

c.     Plaintiff believes American Bar Association, in 1947, promised Eleanor Roosevelt, that their private membership associations members would comply with the Universal Declaration of Human Rights,  link here: http://www.un.org/en/universal-declaration-human-rights. [they lied]

d.     The business model and terms and conditions of Defendants American Bar Association, California BAR Association and the Pennsylvania BAR Association restrains trade in legal advice and services and prevents the Plaintiff from earning a living by providing said legal services and legal advice.

e.     LSAT tests today are junk science and called "games." No objective science supports the current LSAT test.

f.     Kennedy objects to the latin slang phrase "pro se" and requests CM/ECF access.

g.     The LSAT test is based on ideology rather than science, and is planned, organized, coordinated, budgeted and administered by radicals who ignore our law, our history, our culture, ethics and probably all of western civilization law.

h.     By Defendant's definition and application of the word "diversity," Defendants are allowing historical and cultural preversions to receive special status in United States Law School admissions, practices and procedures[1] in violation of our law, our culture and the law of this case.

JURISDICTION AND VENUE

2.     This is a diversity matter, and this court of record has jurisdiction over diversity

matters. Defendant Law School Admission Council, Inc. is incorporated in the state of

Delaware (Delaware file number 874236) in this court's district,  address at 661 Penn Street,

---

[1] The Transgender: Normalizing MENTAL ILLNESS, link here:
https://www.youtube.com/watch?v=aDAU3SPYFsA&index=27&list=WL

Newtown, PA 18940, Bucks County, Pennsylvania, IRS tax status: non-profit corporation.[2]

FIRST CAUSE OF ACTION – TRESPASS

PARTIES

3.     Edward Thomas Kennedy, (hereinafter "Plaintiff" and/or "Kennedy") is one of the people of the Pennsylvania, and in this court of record complains of each of the following: Law School Admissions Counsel, Inc., ("LSAC"), Association of American Law Schools, Inc., Judith C. Areen, The Duke Endowment, Rhett N. Mabry, The Board of Trustees Duke University, Vincent E. Price, Duke University, Lawrence S. Bacow, Harvard Board of Overseers, Harvard University, President and Fellows of Harvard College, Harvard Management Company, Inc., Narv Narvekar, California Bar Association, Pennsylvania Bar Association, Betsy DeVos, Hilarie Bass, American Bar Association, Kellye Teste, CEO, hereinafter "Lawbreaker" and/or "Defendant" and all collectively "Lawbreakers" and/or Defendants; who are each summoned to answer and declare under penalty of perjury the said in a plea of trespass, trespass on the case, trespass on the case - vicarious liability, failure to provide a republican form of government and false advertising,  intentional infliction of emotional distress, restraint of trade, bad faith, negligence, and trover, to wit:

INTRODUCTION

4.     Defendants exceeded its jurisdiction by allowing its employees to deny Kennedy admission to its law schools. Each Lawbreaker exceeded their jurisdiction by either directly, through an agent, or in concert with another did cause Kennedy to be unlawfully

---

[2] The Law School Admission Council: A Hundred-Million-Dollar Investment Fund That Does Law School Testing on the Side,
https://www.jstor.org/stable/2679020?seq=1#page_scan_tab_contents

injured against his will, without jurisdiction or good cause. Said Lawbreakers, without good cause, harmed Kennedy.

5.      From the moment he was harmed till the present, Kennedy, under color of law, was kept in constructive financial imprisonment. Although he objected to the assumed jurisdiction, those who kept him financially imprisoned under color of law did not respond to any of his demands and requests for proof of jurisdiction or for reinstatement of his liberty or the return of property from Kennedy. They continued to assume the jurisdiction without proof of jurisdiction or any attempt at proof of jurisdiction. Kennedy continues to be subject, under color of law, to the assumed jurisdiction, will and control of the Lawbreakers for he has not been accepted to US schools.

SPECIFICS

6.      Each defendant acted in such a way, or failed to act in such a way, that Kennedy is deprived of his liberty. Each defendant acted to deprive Kennedy of his liberty; or each defendant failed to act to prevent the loss by Kennedy of his liberty. Further, each defendant is a willing participant in concert with each of the remaining defendants.

7.      At all times mentioned in this action each defendant is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of said agency. The following paragraphs describe what the Lawbreakers, under color of law, either acted or failed to act as obligated.

8.      Each defendant exceeded his jurisdiction under color of law. Each defendant acted in concert with the remaining defendants to affect the unlawful loss of school acceptance and liberty of Kennedy

9.     Kennedy refused to take to the LSAC test and its logic "games" and thus the

Defendant LSAC blocked and refused to forward Kennedy's law school applications to the

following US law schools:

US SCHOOLS

| Status | Application Deadline Action |
|---|---|
| In Progress | Albany Law School - Summer 2018  03/15/2018 |
| In Progress | Ave Maria School of Law - Fall 2018 08/15/2018 |
| In Progress | Boston College Law School - Fall 2018        03/31/2018 |
| Transmitted | University of California, Berkeley, School of Law - Fall 2018 |
| In Progress | The Catholic University of America, Columbus School of Law - Fall 2018 |
| 06/30/2018 | |
| Transmitted | Columbia University School of Law - Fall 2018 |
| In Progress | Cornell Law School - Fall 2018        02/01/2018 |
| In Progress | Creighton University School of Law - Fall 2018        07/01/2018 |
| Transmitted | Duke University School of Law - Fall 2018 |
| Transmitted | Harvard Law School - Fall 2018 |
| In Progress | University of Maine School of Law - Fall 2018        07/31/2018 |
| In Progress | Marquette University Law School - Fall 2018        04/01/2018 |
| In Progress | University of Massachusetts School of Law--Dartmouth - Fall 2018  07/31/2018 |
| In Progress | University of New Hampshire School of Law - Fall 2018        07/15/2018 |
| Transmitted | New York University School of Law - Fall 2018 |
| In Progress | Notre Dame Law School - Fall 2018  03/15/2018 |
| Transmitted | Santa Clara University School of Law - Fall 2018 |
| In Progress | Seton Hall University School of Law - Fall 2018        04/01/2018 |
| In Progress | University of Southern California, Gould School of Law - Fall 2018 02/01/2018 |
| In Progress | Stanford University Law School - Fall 2018  02/01/2018 |
| In Progress | Vanderbilt Law School - Fall 2018        04/01/2018 |
| In Progress | Vermont Law School - Fall 2018        04/15/2018 |
| Transmitted | Yale Law School - Fall 2018  [3] |

Reply to Kennedy from Defendant Duke Law Admissions

<u>withdrawal - no reportable LSAT score.</u>

LAW-ADMISSIONS <admissions@law.duke.edu>
Jun 29 (2017)

---

[3] Source: https://os.lsac.org/Apply/Applications/Select.aspx

pillar.of.peace.2012@gmail.com
Edward Thomas Kennedy

Edward:

Please note that the June LSAT is the latest score that we are able to consider for applications to the 2018 entering class.  Since we do not have the required LSAT score, we are withdrawing your file at this time.

If you would like to re-apply to the 2019 entering class, we will begin accepting those applications in September. Review the application checklist and instructions at https://law.duke.edu/admis/degreeprograms/jd (revised annually in mid-late August).

We wish you well in your personal and professional pursuits.

Robin Holman
Assistant Director of Admissions for Operations

* * * * * * * * * * * * * * * * * * * *

Office of Admissions
Duke University School of Law
Email:  admissions@law.duke.edu
Web:  https://law.duke.edu/admis

10.    Defendants ignored Kennedy's objections, and proceeded under color of law and stole access to his private data such as school transcripts and funds from Kennedy and rejected his applications.[4]

11.    Defendants have a duty to not cause Kennedy to be harmed under color of law, to not cause loss of liberty. Further, defendants have a duty to prove jurisdiction when objection to jurisdiction is asserted.

12.    Defendants have breached that duty.

---

[4] Property includes private essays, private data, attachments, transcripts from college and graduate school of business (MBA) submitted to Defendant LSAC.

13.     The damages for the injury caused by defendants' actions are $1,000 for each day of unlawful behaviors for each defendant, or $500,000.00 from each defendant, whichever is greater.

14.     The damages for the injury caused by defendant's' absence of required action is $5,000 for each failure to act, or $1,000,000.00 from each defendant, whichever is greater.

SECOND CAUSE OF ACTION – TRESPASS ON THE CASE

15.     Paragraphs 1 through 14 are included by reference as though fully stated herein.

16.     By right, Kennedy reasonably expects to proceed without injury, secure in his capacities. By right,  Kennedy reasonably expects to exercise his right to liberty.

17.     Defendants have a legal duty to use due care and not cause an injury to Plaintiff Kennedy or interfere with said rights in any way.

18.     Defendants breached that duty by proximately or legally, directly and indirectly, causing the injuries to Plaintiff Kennedy.

19.     The damages claimed are all a result of the injuries.

THIRD CAUSE OF ACTION – TRESPASS ON THE CASE -VICARIOUS LIABILITY

20.     Paragraphs 1 through 19 are included by reference as though fully stated herein.

21.     Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by private persons becomes closely akin, in some respects, to its exercise by Government itself.

22.     The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable defendant must be in the business of controlling, leasing, bailing, or licensing the actors.

23.     Each defendant is an agent of the other, and each has his place in the chain of exposing plaintiff Kennedy to the actors. Each defendant is vicariously liable for each instance of injury to plaintiff.

FOURTH CAUSE OF ACTION – FAILURE TO PROVIDE A REPUBLICAN FORM OF GOVERNMENT AND FALSE ADVERTISING

24.     Paragraphs 1 through 23 are included by reference as though fully stated herein.

25.     Kennedy wishes Defendants to not breach their fiduciary duty to Kennedy.

26.     Kennedy wishes Defendants to not breach their oaths to tell the truth.

27.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority.

28.     The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from

depriving any one of the people of his rights; this would not be so if the United States were a democracy.

29.     The business models of Law School Admissions Council, Inc., Association of American Law Schools, Inc., American Bar Association, Pennsylvania Bar Association, California Bar Association, Harvard College, and Duke University are based on a foundation of deceptions, lies, false advertising and fraud. The business models of said Defendants are very profitable. Many Individual Defendants herein are compensated[5] better than Federal Judges. Defendant Areen on the 2017 Association of American Law Schools, Inc. IRS Form 990 at Briefly describes the organization's mission or most significant activities, as follows:

> THE ASSOCIATION OF AMERICAN LAW SCHOOLS' (AALS) MISSION IS TO UPHOLD AND ADVANCE EXCELLENCE IN LEGAL EDUCATION. IN SUPPORT OF THIS MISSION, AALS PROMOTES THE CORE VALUES OF EXCELLENCE IN TEACHING AND SCHOLARSHIP, ACADEMIC FREEDOM, AND DIVERSITY, INCLUDING DIVERSITY OF BACKGROUNDS AND VIEWPOINTS, WHILE SEEKING TO IMPROVE THE LEGAL PROFESSION, TO FOSTER JUSTICE, AND TO SERVE OUR MANY COMMUNITIES - LOCAL, NATIONAL, AND INTERNATIONAL.

30.     The damages claimed are all a result of the injuries.

FIFTH CAUSE OF ACTION – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

31.     Paragraphs 1 through 30 are included by reference as though fully stated herein.

---

[5] Defendant Areen's 2017 total compensation exceeded five hundred thousand dollars.
Source IRS Form 990, signed by Areen. link here:
https://projects.propublica.org/nonprofits/organizations/941450490/201810329349300116/IRS990

32.     Defendants advertise and promise (falsely) with intent to harm Kennedy and we the people, in deference to "international" communities, radicals and behaviors that our civilization historically finds to be perverse. Defendants knowingly[6] lie, mislead, misconstrue, misrepresent and put false information into courts of law and the public record

by stating human rights are civil rights.

33.     The damages claimed are all a result of the injuries.

SIXTH CAUSE OF ACTION – RESTRAINT OF TRADE

34.     Paragraphs 1 through 33 are included by reference as though fully stated herein.

35.     Defendants restrain trade in legal services and serve international communities and their personal and corporate financial interests ahead of their fiduciary duty to Kennedy. Defendant Commonwealth of Pennsylvania grants Pennsylvania Bar Association members a monopoly over "practicing law," in violation of United states law, specifically the Sherman Antitrust Act of 1890. (26 Stat. 209, 15 U.S.C. §§ 1–7).[7]

36.     The damages claimed are all a result of the injuries.

SEVENTH CAUSE OF ACTION – BAD FAITH

37.     Paragraphs 1 through 36 are included by reference as though fully stated herein.

---

[6] in violation of their oaths to the federal government and we the people.
[7] The Sherman Act broadly prohibits (1) anticompetitive agreements and (2) unilateral conduct that monopolizes or attempts to monopolize the relevant market.

38.     Bad faith is not only defined by the Law of the Case, Exhibit 1, but also is a concept defined by court decisions in case law. Bad faith is also a noun and an adjective, as follows:

1) n. intentional dishonest act by not fulfilling legal or contractual obligations, misleading another, entering into an agreement without the intention or means to fulfill it, or violating basic standards of honesty in dealing with others. Most states recognize what is called "implied covenant of good faith and fair dealing" which is breached by acts of bad faith, for which a lawsuit may be brought (filed) for the breach (just as one might sue for breach of contract).

2) adj. when there is bad faith then a transaction is called a "bad faith" contract or "bad faith" offer.

39.     Defendants refused to process Kennedy's application to US law schools and made bad faith offers to Kennedy.

40.     The damages claimed are all a result of the injuries.

EIGHTH CAUSE OF ACTION – NEGLIGENCE

41.     Paragraphs 1 through 40 are included by reference as though fully stated herein.

42.     In the law of this case and in tort law, negligence is a distinct cause of action.

43.     The Restatement (Second) of Torts defines negligence as "conduct that falls below the standard established by law for the protection of others against unreasonable risk of harm."

44.     Negligence in this court of record consists of five elements, including the following: (1) a duty of care owed by the Defendant to the Plaintiff; (2) a breach of that duty; (3) an actual causal connection between the Defendant's conduct and the resulting harm; (4) proximate cause, which relates to whether the harm was foreseeable; and (5) damages resulting from the Defendant's conduct.

45.     The damages claimed are all a result of the injuries.

NINTH CAUSE OF ACTION – TROVER

46.     Paragraphs 1 through 45 are included by reference as though fully stated herein.

47.     Defendants stole Kennedy's private data, application information, fees, two college transcripts and other paperwork, and refused to return said property to Kennedy.

48.     The damages claimed are all a result of the injuries.

LAW OF THE CASE

49.     Exhibit "1" is incorporated by reference as though fully stated herein.

50.     The date of the claim is the date of the hearing Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.  In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.

REQUEST FOR RELIEF

51.     For that cause of action therefore Plaintiff brings his suit.

52.     WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

On all causes of action:

53.     For general damages in the sum of $1,000 for each day of unlawful behaviors for each defendant, or $500,000.00 from each defendant, whichever is greater;

54.     For damages for the injury caused by defendant's' absence of required actions of $5,000 for each failure to act; or  $1,000,000.00 from each defendant, whichever is greater;

55     That the court enter a declaratory judgment that defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

56.     That the court enter a declaratory judgment that defendants have acted contrary to constitutional right, power or privilege and order Defendant Betsy DeVos, in her official capacities, and the said Defendant States Law Schools to admit Plaintiff to said Schools for both Fall 2018 and Fall 2019 tuition free with first-class direct and indirect expenses granted to the Plaintiff;

57.     That the court enter a declaratory judgment that defendants' actions were in excess of statutory jurisdiction, authority and short of statutory right;

58.     That the court permanently enjoin defendants from interfering in any way with Kennedy's lawful rights and honor all their fiduciary duty to Kennedy;

59.     That the court enter a declaratory judgment that U.S. Securities and Exchange Commission investigate Defendants Law School Admissions Council, Inc., the Duke Endowment and Harvard Management Company, Inc., for securities fraud, especially bond fraud;

60.    Upon proper motion, that the Court Order Defendants to compensate Kennedy with Punitive damages;

61.    That the Court Order Defendant to return what they stole from Kennedy;

62.    That the court Order Defendants Commonwealth of Pennsylvania, American Bar Association, and Pennsylvania Bar Association grant Kennedy authority to practice law in their jurisdictions without delay and free of payment of dues, or compensate Kennedy thirty million dollars ($30,000,000), 33% percent or ten million dollars ($10,000,000,00) from each said defendant to Kennedy;

63.    That the court Order Defendant Association of American Law Schools to register as a foreign agent with the United States government because they serve, as they stated in their IRS Form 990 income tax return, "foreign communities."

64.    That the court grant such, other and further relief as the court deems proper;

65.    I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Date: August 15, 2018

Respectfully submitted,

(seal)

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email:pillar.of.peace.2012@gmail.com
Telephone: 415-275-1244.