IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1316-RGA |
| ) | |
| LAW SCHOOL ADMISSIONS ) | |
| COUNCIL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 10 day of September, 2018, the Court having considered the long form application to proceed without prepayment of fees, submitted on September 7, 2018 (D.I. #5), under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE