Office of the Clerk
United States District Court Delaware
844 North King St Unit 18
Wilmington, DE 19801-3570

Dear Clerk of Court,

RE: ECF access

    Judge Richard G. Andrews Ordered ECF access for me in these two cases: Kennedy v AT&T, 18-cv-01317, ECF 8 and Kennedy v LSAC, 18-cv-01316, ECF 4. Kindly provide IS and password. I have a Pacer.gov account, and electronically file in this circuit.

Sincerely yours,
/s/ *Edward Thomas Kennedy*
(seal)

Edward Thomas Kennedy
[MBA]
401 Tillage Road
Breinigsville, PA 18031
Tel: 415-275-1244
Fax 570-609-1810
kennedy2018@alumni.nd.edu
pillarofpeace2012@gmail.com

11-18-2018

FILED
NOV 26 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

St T[illegible]
401 Tillage Rd.
Breinigsville PA
18131

FILED
NOV 26 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

HARRISBURG PA 171
21 NOV 2018 PM 2 L

Office of Clerk
USDC - Delaware.
844 King St Unit 18
Wilmington DE 19801-3570

19801-357099