IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | : |
| Plaintiff, | : |
| v. | : Civ. No. 18-1316-RGA |
| LAW SCHOOL ADMISSIONS COUNCIL, INC., et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this 27 day of November, 2018, for the reasons set forth in the memorandum opinion issued this date;

IT IS ORDERED that:

1. The Complaint is **DISMISSED** for failure to state a federal claim, and for lack of subject matter jurisdiction in the absence of a federal claim. Amendment is futile.

2. The Clerk of Court is directed to **CLOSE** the case.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE