IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



EDWARD THOMAS KENNEDY,

    Plaintiff,

                                        Case No. 18-1316-RGA

v.

LAW SCHOOL ADMISSIONS
COUNCIL, INC., et. al.,

    Defendants.

Notice

    In memory of John Fitzgerald Kennedy, and Thomas Patrick Kennedy, who both risked their lives in a small US Navy boat in the middle of the Pacific Ocean during World War II so that we the people and their bloodline, and oldest son respectively, would be free in the republic, and not subjected to Judicial tyranny. Plaintiff Kennedy sees their spirits smiling. The country is a republic, and not subjected to the either Universal Charter of the Judge[1] or "Obama Judges."[2]

    Plaintiff's Memo and Motion to Compel Assigned Judge to Recuse for Cause 2

Take Judicial Cognizance

    Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record motions and moves this court for an order granting this Motion for Recusal for Cause concerning the Judge assigned to administrate this case, an Obama administration appointee.

---

[1] https://www.unodc.org/res/ji/import/international_standards/the_universal_charter_of_the_judge/universal_charter_2017_english.pdf

[2] A phrase credited to Donald J. Trump, current President of the United States.

1. The Supreme Court of the United States said that "Recusal is required when, objectively speaking, 'the probability of actual bias on the part of the judge or decision maker is too high to be constitutionally tolerable.'"[3]

2. Kennedy hereby now reasonably questions said Judges' impartially, and respectfully wishes him to recuse from this case due to the long term, ongoing "birther" controversy on the public record public among and concerning Barack Obama, Michelle Obama, and President Donald J. Trump, for it is probable Kennedy is injured by the assigned Judge in loss of rights, for the assigned Judge was appointed by Barack Obama.

3. Memorandum

In a Court of Record, the said Judge is suspended.[4]

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record grant Plaintiff's Motion for Recusal for Cause and recuse!

Date: December 3, 2018

Respectfully submitted,

/s/ Edward Thomas Kennedy (seal)

EDWARD THOMAS KENNEDY

401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

---

[3] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#;
Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017

[4] See Law of the Case, Exhibit 1.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of heretofore Plaintiff's Plaintiff's Memo and Motion to Compel Assigned Judge to Recuse for Cause 2 is served upon the court and the assigned Judge by regular US mail.

/s/ Edward Thomas Kennedy   (seal)

_____
EDWARD THOMAS KENNEDY

Date: December 3, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,
    Plaintiff,

Case No. 18-1316-RGA

v.

LAW SCHOOL ADMISSIONS
COUNCIL, INC., et. al.,
    Defendants.

Notice and Objection

Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record Objects to Order filed and signed on 11/28/2018 by Richard D. Anderson for it is my wish. The county is a republic and not a judicial dictatorship. Life in the republic for we the people is not futile. [D5] Case law cited is not relevant in this court of record.[1]

Notice

In memory of John Fitzgerald Kennedy, and Thomas Patrick Kennedy, who both risked their lives in a small US Navy boat in the middle of the Pacific Ocean during World War II so that we the people and especially their family bloodline, and oldest son (the Plaintiff) respectively, would be free in the republic, and not subjected to Judicial tyranny. Plaintiff Kennedy sees their spirits smiling for the country remains a republic despite the evil dreams of globalists.

---

[1] See Exhibit 1 Law of the Case.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of heretofore Plaintiff's Plaintiff's Memo and Motion to Compel Assigned Judge to Recuse for Cause 2 is served upon the court and the assigned Judge by regular US mail.

/s/ Edward Thomas Kennedy    (seal)

EDWARD THOMAS KENNEDY

Date: December 3, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of heretofore Notice and Objection is served upon the court and the assigned Judge by regular US mail.

/s/ Edward Thomas Kennedy  (seal)

_____

EDWARD THOMAS KENNEDY

Date: December 3, 2018

