IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 18-1316-RGA |
| LAW SCHOOL ADMISSIONS COUNCIL, INC., et al., | : | |
| Defendants. | : | |

## ORDER

At Wilmington, this 20 day of March, 2019:

IT IS ORDERED that:

Plaintiff's "motion to compel assigned judge to recuse for cause" (D.I. 10) is DISMISSED as moot. The complaint was dismissed on November 28, 2018, for failure to state a federal claim and for lack of subject matter jurisdiction in the absence of a federal claim. (D.I. 8 & 9). Plaintiff is placed on notice that future similar motions will be docketed, but not considered.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE