

**Edward Thomas Kennedy**
**800 Court Street, # 223**
**Reading, Pa [19601]**

Leonard Philip Stark, Chief Judge
United States District Court for the District of Delaware.
844 N King St.
Wilmington, DE 19801

Dear President Judge Stark:

RE: Notice of All Rights Reserved Without Prejudice Nunc Pro Tunc
Pursuant to UCC 1-308 concerning Expungement and the following cases:

        18-cv-1270
        18-cv-1316
        18-cv-893
        19-cv-1311
        19-cv-1311

    I am writing to request the expungement of all records on said cases filed in your court in my name and request to please notice the following facts:

    I am one of the people of Pennsylvania, and I reserved and now reserve all rights without prejudice nunc pro tunc, pursuant to UCC 1-308.

    My Pennsylvania Certification of Birth with the name Edward Thomas Kennedy was filed on November 3, 1953, Pennsylvania State File Number: XXXXX6-1953, and filed in the Commonwealth of Pennsylvania, Department of Health, Vital Records, is prima facie evidence that I am the beneficiary of the trust. Pennsylvania BAR members are not the beneficiaries of said trust but are Trustees.

    I reserve my right not to be compelled to perform under any contract, commercial agreement or bankruptcy that he did not enter knowingly, voluntarily, and intentionally. I

do not and will not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement or bankrupcty.

YOUR COURT made a judicial determinations that UCC 1-308 (old 1-207) and UCC 1-103 of the Uniform Commercial Code are not valid law.

UCC 1-103.6, says: The Code is complementary to the Common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law. The UCC Code recognizes the Common Law, which was written so as not to abolish the Common Law entirely. The UCC Code cannot be read to preclude a Common Law action.

Please reply in writing on honor my request by November 27, 2019. Thank you for your assumed cooperation in advance.

If you have any questions, please contact me at phone:
(415) - 275-1244 or at the following email addresses:
    pillar.of.peace.2012@gmail.com
    kennedy2018@alumni.nd.edu
    etk5112@psu.edu
    and pillar.of.peace.2017@protonmail.com.

God Bless America. I pray ERIE RAILROAD CO. v . TOMPKINS will be overturned in our lifetime or in divine right time.[1]

Date: November 15, 2019.

*All rights reserved without prejudice pursuant to 1-308*

without prejudice

_____
Edward Thomas Kennedy

---

[1] Erie R. Co. v. Tompkins, 304 U.S. 64 (1938)

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED
NOV 19 2019

U.S.
X-RAY

Leonard P. Stark, President Judge
US District Court — Delaware
844 N. King St.
Wilmington DE 19801